UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                  Case No. 17-CR-77

JOSHUA T. COOK,

      Defendant.
_____

## PRELIMINARY ORDER OF FORFEITURE
_____

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon entry of the plea agreement, and in consideration of the guilty plea of the above-named defendant, Joshua T. Cook agrees to the forfeiture of the 2011 Buick Lacrosse CXL bearing vehicle identification number (VIN) 1G4GC5EC4BF142966 seized on or about March 14, 2017, from the residence of defendant Joshua T. Cook located at 1XXX South Quincy Street, Green Bay, Wisconsin, described in the United States' Bill of Particulars filed on November 6, 2017, which added the vehicle to the forfeiture notice of the Second Superseding Indictment filed on October 19, 2017.

**IT IS HEREBY ORDERED** that all right, title and interest in the 2011 Buick Lacrosse CXL bearing vehicle identification number (VIN) 1G4GC5EC4BF142966 seized on or about March 14, 2017, from the residence of defendant Joshua T. Cook located at 1XXX South Quincy Street, Green Bay, Wisconsin, is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

**IT IS FURTHER ORDERED** that the above-listed item shall be seized by the United States Marshal Service for the Eastern District of Wisconsin, or its duly authorized representative.

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law.

**IT IS FURTHER ORDERED** that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

Dated at Green Bay, Wisconsin, this  4th  day of April, 2018.

            s/ William C. Griesbach
            WILLIAM C. GRIESBACH, Chief Judge
            United States District Court